David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, GARY J. KALIN*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| | ) **Case No. 2:18-cv-00437-APG-NJK** |
| GARY J. KALIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **DISMISSING ACTION AS TO** |
| | ) **EQUIFAX ONLY** |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, | ) |
| Defendants. | |

Plaintiff GARY J. KALIN and Defendant EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and

…

…

…

…

…

…

…

**ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated:           May 29, 2018

| | |
|---|---|
| By: | By: |
| /s/ David H. Krieger, Esq. | /s/ Bradley T. Austin, Esq. |
| David H. Krieger, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer, LLP |
| HAINES & KRIEGER, LLC | 3883 Howard Hughes Parkway |
| 8985 S. Eastern Avenue | Suite 1100 |
| Suite 350 | Las Vegas, NV 89169 |
| Henderson, Nevada 89123 | baustin@swlaw.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: May 29, 2018
_____